THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Russell Lee
 Sims, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2010-UP-080
 Submitted January 4, 2010  Filed February
2, 2010
Withdrawn, Substituted, and Refiled March
18, 2010    

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelanka,
 and Assistant Attorney General Alphonso Simon, Jr., all of Columbia; and Solicitor
 Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Russell Lee Sims appeals
 his convictions for murder, possession of a firearm during the commission of a
 violent crime, first degree burglary, two counts of assault and battery of a
 high and aggravated nature, armed robbery, attempted armed robbery, and four
 counts of pointing and presenting a firearm at a person.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities:  State v.
 Cottrell, 376 S.C. 260, 262, 657
 S.E.2d 451, 452 (2008) (stating the evidence must be viewed in the light most
 favorable to the defendant, and the instruction need not be given when no
 evidence supports the lesser included offense); State v. Walker, 324
 S.C. 257, 260, 478 S.E.2d 280, 281 (1996) (indicating that to warrant a jury
 instruction on voluntary manslaughter, in addition to legal provocation,
 evidence must also demonstrate the defendant was overcome by a sudden heat of
 passion that would render a reasonable person incapable of cool reflection and
 produce an uncontrollable impulse to do violence).
AFFIRMED.
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.